FILED
2022 Apr-06 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MELISSA FENDLEY,** | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| **Plaintiff,** | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| **CITY OF WARRIOR,** | ) | |
| | ) | **2:22-CV-00425-AMM** |
| **Defendant.** | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)* **CITY OF WARRIOR**
**C/O City Mayor- Jackie Wesson**
**215 Main Street N**
**Warrior, AL 35180**

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within twenty- one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, AL 35242

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: **APR -6 2022**

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203